UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM | ) ) ) |
| v. | ) Civil Action No. 3:12-0457 ) Judge Campbell/Knowles |
| WAL-MART STORES, INC., et al. | ) |

### O R D E R

The Initial Case Management Conference in this action previously set for July 9, 2012, at 10:30 a.m., is hereby rescheduled for **August 9, 2012, at 10:30 a.m.** before the undersigned. Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted prior to the Case Management Conference.

Counsel for the Plaintiff shall serve a copy of this Order on any Defendants who have not yet entered an appearance.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge